UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>              Defendants,<br><br>     and<br><br>THE RESERVE PRIMARY FUND,<br><br>              Relief Defendant. | **ECF CASE**<br><br>09 Civ. 4346 (PGG)<br><br>**ORDER**<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5-19-10 |

PAUL G. GARDEPHE, U.S.D.J.:

        This Court will hold a settlement conference in the above-captioned action on June 9, 2010 at 12:30 p.m.

        Both Ameriprise Financial Services, the Plaintiff in Ameriprise Financial Services, Inc. v. The Reserve Fund, No. 09 Civ. 1288 (PGG), and Third Avenue Institutional International Value Fund L.P, the Lead Plaintiff in The Reserve Primary Fund Securities & Derivative Class Action Litigation, No. 08 Civ. 8060 (PGG), have sought to take part in any settlement conference held in this action. Ameriprise and Third Avenue will not be permitted to participate in the June 9, 2010 settlement conference at the outset. However, Ameriprise and Third Avenue are invited to make themselves available in Courtroom 6B of the United States

Courthouse in order to permit the parties to this action to include them in the settlement conference should their participation be deemed valuable as the conference progresses.

Dated: New York, New York
     May 19, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge