UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE THE RESERVE FUND                          :
SECURITIES AND DERIVATIVE                       :   MDL No. 09-md-2011 (PGG)
LITIGATION                                      :
-----------------------------------------------------------------x
AMERIPRISE FINANCIAL SERVICES,                  :
INC. and SECURITIES AMERICA, INC.,              :
                                                :
                    Plaintiffs,                 :
                                                :
        v.                                      :   No. 09-cv-1288 (PGG)
                                                :
RESERVE MANAGEMENT COMPANY,                     :
INC., RESRV PARTNERS, INC., BRUCE               :
BENT SR., BRUCE BENT II, and                    :   NOTICE OF MOTION
ARTHUR T. BENT,                                 :   TO DISMISS
                                                :
                    Defendants.                 :   ORAL ARGUMENT
-----------------------------------------------------------------x   REQUESTED

COUNSELORS:

PLEASE TAKE NOTICE that, upon the annexed declaration of Fran M. Jacobs, dated June 25, 2010, along with the exhibits thereto, and the prior pleadings and proceedings herein, defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr., Bruce R. Bent II, and Arthur T. Bent, by their attorneys, will move this Court before the Hon. Paul G. Gardephe, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, at a date and time to be determined, for an order dismissing with prejudice the Second Amended Complaint of plaintiffs Ameriprise Financial Services, Inc. and Securities America, Inc. for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); for failure to comply with the pleading requirements of Fed. R. Civ. P. 8 and 9(b) and the Private Securities Litigation Reform Act (the "PSLRA"); and on the ground that their state law claims are preempted by the Securities Litigation

DM1\2234136.1

Uniform Standards Act of 1998, 15 U.S.C. § 78(bb)(f); and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to agreement, answering papers, if any, shall be served and filed on or before August 6, 2010.

PLEASE TAKE FURTHER NOTICE that, pursuant to agreement, reply papers, if any, shall be served and filed on or before August 27, 2010.

Dated: New York, NY
       June 25, 2010

                              DUANE MORRIS LLP

                              By: /s/ Fran M. Jacobs
                                Fran M. Jacobs (fmjacobs@duanemorris.com)
                                John Dellaportas (dellajo@duanemorris.com)
                             1540 Broadway
                             New York, NY  10036
                             (212) 692-1000
                             Attorneys for Defendants
                               Reserve Management Company, Inc., Resrv
                               Partners, Inc., Bruce Bent Sr., Bruce R. Bent
                               II, and Arthur T. Bent

TO:   ROPES & GRAY LLP
       One International Place
       Boston, MA  02110
       617-951-7000
       Attorneys for Plaintiffs

DM1\2234136.1