DUANE MORRIS LLP
Spensyr Ann Krebsbach
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1052

Attorneys for Defendants Reserve Management Co., Inc., Reserve Management Corp., Resrv Partners, Inc., Bruce R. Bent, Bruce R. Bent II, Arthur T. Bent III, and Patrick J. Farrell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | MDL No. 09-md-2011 (PGG)<br>(ECF Case) |
| WILLIAM ROSS and DAWN ROSS, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESERVE SHORT-TERM INVESTMENT TRUST, RESERVE YIELD PLUS FUND, THE RESERVE, BRUCE R. BENT, BRUCE R. BENT II, ARTHUR T. BENT III, PATRICK J. FARRELL, WILLIAM VIKLUND, JOSEPH D. DONNELLY, EDWIN EHLERT, JR., WILLIAM J. MONTGORIS, FRANK J. STALZER, SANTA ALBICOCCO, STEPHEN P. ZIENIEWICZ, RONALD J. ARTINIAN, RESRV PARTNERS, INC. and TD AMERITRADE HOLDING CORPORATION,<br><br>                Defendants. | Civil Action No. 08 Civ. 10261 (PGG)<br>(ECF Case) |

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC., and SECURITIES AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE RESERVE FUND; RESERVE MANAGEMENT COMPANY, INC.; and BRUCE R. BENT, <br><br> Defendants. | Civil Action No. 09 Civ. 1288 (PGG) <br> (ECF Case) |
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br> v. <br> RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT, SR. AND BRUCE BENT II, <br><br> Defendants, <br> and <br><br> THE RESERVE PRIMARY FUND, <br><br> Relief Defendant. | Civil Action No. 09 Civ. 4346 (PGG) <br> (ECF Case) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that Spensyr Ann Krebsbach, Esq. of the firm Duane Morris LLP, hereby withdraws as counsel for defendants Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce R. Bent, Bruce R. Bent II, Arthur T. Bent III, and Patrick J. Farrell in the above captioned matters.  Effective immediately, please remove Spensyr Ann Krebsbach, Esq. from the service list of this action. All other counsel of record for the Defendants remain the same.

Dated:  October 21, 2010
     New York, New York           /s/ Spensyr Ann Krebsbach    \_\_\_\_\_
                                             Spensyr Ann Krebsbach
                                             Duane Morris LLP
                                             1540 Broadway
                                             New York, NY 10036
                                             Telephone (212) 692-1052
                                             Fax (212) 214-0650
                                             sakrebsbach@duanemorris.com