## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | MDL No. 09-md-2011 (PGG) |
| AMERIPRISE FINANCIAL SERVICES, INC. and SECURITIES AMERICA, INC., | |
| Plaintiffs, | No. 09-cv-1288 (PGG) |
| v. | |
| RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR. BRUCE BENT II, and ARTHUR T. BENT, | **Notice of Voluntary Dismissal** |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Ameriprise Financial Services, Inc. and Securities America Inc., in light of the Court's entry of its Order and Final Judgment, dated January 13, 2014, in *In Re The Reserve Primary Fund Securities & Derivative Class Action Litigation*, No. 08-cv-8060, hereby give notice, by and through their counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and without costs or attorneys' fees to any party against the other.

Dated: February 3, 2014

/s/ Harvey Wolkoff_____

Harvey Wolkoff
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7522
harvey.wolkoff@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I caused a true and accurate copy of the foregoing document to be to be served upon all counsel of record via the ECF system.

/s/ Harvey Wolkoff_____

Harvey Wolkoff

41007549_2