UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | MDL No. 09-md-2011 (PGG) |
| AMERIPRISE FINANCIAL SERVICES, INC. and SECURITIES AMERICA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR. BRUCE BENT II, and ARTHUR T. BENT,<br><br>Defendants. | No. 09-cv-1288 (PGG)<br><br>**Notice of Voluntary Dismissal** |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Ameriprise Financial Services, Inc. and Securities America Inc., in light of the Court's entry of its Order and Final Judgment, dated January 13, 2014, in *In Re The Reserve Primary Fund Securities & Derivative Class Action Litigation*, No. 08-cv-8060, hereby give notice, by and through their counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and without costs or attorneys' fees to any party against the other.

41007549_2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/14

Dated: February 3, 2014         /s/ Harvey Wolkoff
                                Harvey Wolkoff
                                ROPES & GRAY LLP
                                Prudential Tower
                                800 Boylston Street
                                Boston, Massachusetts 02199-3600
                                (617) 951-7522
                                harvey.wolkoff@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I caused a true and accurate copy of the foregoing document to be to be served upon all counsel of record via the ECF system.


                                /s/ Harvey Wolkoff
                                Harvey Wolkoff


SO ORDERED:

*[signature]*
U.S.D.J.    Feb. 4, 2014

-2-

41007549_2